UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:10-CV-599-F

| | |
|---|---|
| THE UNITED STATES OF AMERICA, )<br>for the use of ADAMS STEEL, LLC, )<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>CADDELL CONSTRUCTION CO., INC., )<br>TRAVELERS CASUALTY AND SURETY)<br>COMPANY OF AMERICA, )<br>and FIDELITY AND DEPOSIT )<br>COMPANY OF MARYLAND, )<br>    Defendants. ) | ORDER |

This matter is before the court on the Defendants' Motions to Stay and Compel Arbitration [DE-23; DE-26]. On April 18, 2011, Plaintiff filed its Response [DE-34] to those motions, indicating that it does not oppose the motions, and referred the court to a Consent Order [DE-33] filed by Plaintiff on April 15, 2011, wherein all the parties to this action agree to stay the action and participate in binding arbitration to be conducted in Montgomery, Alabama.

Accordingly, the terms of the Consent Order [DE-33] are ADOPTED and INCORPORATED herein. Defendants' Motions to Stay and Compel Arbitration [DE-23; DE-26] are ALLOWED, and this action is STAYED pending arbitration of the issues herein. The parties are DIRECTED to submit a status report of the arbitration proceedings no later than 90 days from the filing date of this order, and every 90 days thereafter, until such proceedings are concluded.

SO ORDERED. This the 12th day of May, 2011.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge

2